■ ERICK J. MILLER et al., Respondents, v ALLSTATE INDEMNITY COMPANY, Appellant. (Appeal No. 2.) [17 NYS3d 363]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered August 22, 2014. The order, insofar as appealed from, denied that part of defendant's motion seeking dismissal of plaintiffs' claim for punitive damages.

It is hereby ordered that the order insofar as appealed from is unanimously reversed on the law without costs and that part of defendant's motion seeking dismissal of plaintiffs' claims for punitive damages is granted.

Same memorandum as in *Miller v Allstate Indem. Co.* ([appeal No. 1] 132 AD3d 1306 [2015]). Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.

■ JACOB STILLMAN, Appellant, v MOBILE MOUNTAIN, INC., et al., Respondents, et al., Defendants. [17 NYS3d 364]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered May 8, 2014. The order granted the motion of defendants Mobile Mountain, Inc., Phillip A. Cerny and Joshua Wooley to bifurcate trial of the issues of liability and damages.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.